# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

v.                              **No. 4:16-cr-265-DPM-4**

**ASHLEY EDWARDS**
**Reg. No. 31158-009**                                  **DEFENDANT**

### ORDER

Edwards moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on the ongoing COVID-19 pandemic. The United States concedes that she's met the statute's exhaustion requirement. She therefore can seek relief from this Court. 18 U.S.C. § 3582(c)(1)(A).

Edwards says she's more susceptible to the virus because of her underlying health problems, including asthma and anemia. Her concern about the virus is therefore understandable. But Edwards has served just half of her almost eight-year sentence. Further, that sentence reflected a significant benefit in Edwards's plea agreement: although she was involved with more than four kilograms of methamphetamine actual, the parties stipulated that her Guidelines range would be based on a much lower quantity. *PSR at ¶ 18.* Given the amount of methamphetamine Edwards was involved with and the benefit she already received, reducing her sentence would not

promote respect for the law, provide just punishment, reflect the seriousness of her offense, or adequately deter her and others. All material things considered, the statute's remedy—reducing her sentence to time served—is not appropriate in this case. 18 U.S.C. §§ 3582(c)(1)(A)(i) & 3553(a). Her motion, *Doc. 337*, is therefore denied.

So Ordered.

D.P. Marshall Jr.
United States District Judge

25 June 2020